AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKEY CALHOUN

v.

REGINA HOOK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5697RJB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation (Dkt. 41); and

Defendants' Motion for Judgment on the Pleadings (Dkt. 17) is **GRANTED**, and Plaintiff's Amended Complaint (Dkt. 9) is **DISMISSED**.

|  |  |
|---|---|
| December 15, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |